UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
STAR TANKERS LTD.,

                Plaintiff,

  - against -

WILMAR TRADING PTE LTD.,

                Defendant.
------------------------------------------------------------X

JUDGE BUCHWALD

07 CV 3150

07 CV _____

ECF CASE

RECEIVED
APR 19 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: April 19, 2007
       Southport, CT

                          The Plaintiff,
                          STAR TANKERS LTD.

                          By: _____
                          Patrick F. Lennon (PL 2162)
                          Nancy R. Peterson (NP 2871)
                          TISDALE & LENNON, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          plennon@tisdale-lennon.com
                          npeterson@tisdale-lennon.com