JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STAR TANKERS LTD.,

                     Plaintiff,

      - against -

WILMAR TRADING PTE LTD.,

                     Defendant.

-------------------------------------------------------------------X

**07 CV 3150**

ECF CASE

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                   )    ss: SOUTHPORT
County of Fairfield   )

Patrick F. Lennon, being duly sworn, deposes and says:

1.     I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2.     I have attempted to locate the Defendant, WILMAR TRADING PTE LTD., within this District. As part of my investigation to locate the Defendant within this District, I checked the telephone company information directory all area codes within the District, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for the Defendant. Finally, I checked the New York State Department of Corporations' online database which showed no listing or registration for the Defendant. I was also unable to find any information to indicate that the Defendant has a general or managing agent within the District.

3.    I submit that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.    Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District.

5.    This is Plaintiff's first request for this relief made to any Court.

Dated: April 19, 2007
       Southport, CT

                                                    Patrick F. Lennon


Sworn and subscribed to before me
this 19th day of April 2007.


Notary Public

−2−