USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/07

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STAR TANKERS LTD.,                                      :
                                                       :          07 CV 3150 (NRB)
                                Plaintiff,              :
                                                       :
        - against -                                    :          ECF CASE
                                                       :
WILMAR TRADING PTE LTD.,                                :
                                                       :
                                Defendant.             :
-------------------------------------------------------------X

## VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The Court's Ex Parte Order for Process of Maritime Attachment and Garnishment dated April 19, 2007 and the Court's Amended Ex Parte Order for Process of Maritime Attachment and Garnishment dated April 24, 2007 are hereby vacated and any and all garnishes that have restrained any funds in this matter, included but not limited to any such funds held by garnishee Deutsche Bank, are directed to immediately release such funds in accordance with instructions received from Plaintiff's counsel to return such funds to the Defendants.

1

Dated: May 2, 2007

The Plaintiff,
STAR TANKERS LTD.

By: _____
Patrick F. Lennon, Esq. (PL 2162)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
plennon@tisdale-lennon.com

SO ORDERED:

_____
U. S. D. J.

5/3/07

2